IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA COLTZ, | ) | Civil Division |
| | ) | |
| Plaintiff, | ) | No. 2:11-cv-00520 |
| | ) | |
| v. | ) | Gary L. Lancaster, Chief Judge |
| | ) | Robert C. Mitchell, Magistrate Judge |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, to-wit, this 30 day of Sept, 2011, the Stipulation for Dismissal filed by Plaintiff Donna Coltz and Defendant Metropolitan Life Insurance Company is hereby approved and this civil action is dismissed with prejudice subject to the terms of said Stipulation.

BY THE COURT:

_____
Gary L. Lancaster,
Chief United States District Judge