**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONNA COLTZ, | )    Civil Division |
|   | ) |
| Plaintiff, | )    No. 2:11-cv-00520 |
|   | ) |
| v. | )    Gary L. Lancaster, Chief Judge |
|   | )    Robert C. Mitchell, Magistrate Judge |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY, | ) |
|   | ) |
| Defendant. | ) |

**ORDER**

AND NOW, to-wit, this $30$ day of $\underline{Sept}$, 2011, the Stipulation for

Dismissal filed by Plaintiff Donna Coltz and Defendant Metropolitan Life Insurance

Company is hereby approved and this civil action is dismissed with prejudice subject to the

terms of said Stipulation.

BY THE COURT:

_____

Gary L. Lancaster,
Chief United States District Judge